AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
07/22/2024
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:24-M -00353(1) |
| | § |
| (1) Luis Alberto Alba-Torres | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 19, 2024** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title     **8**     United States Code, Section(s)   **1326(a) and (b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   "The Defendant, Luis Alberto ALBA-Torres, was arrested by Marfa Border Patrol Agents, on July 19, 2024, for being an illegal alien present in the United States.

**Continued on the attached sheet and made a part of hereof.**

/s/ Wade Condito

Signature of Complainant
Border Patrol Agent

July 22, 2024                                    at   Alpine, Texas
Date                                                  City and State

Complaint sworn to in my presence and and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:24-M -00353(1)

WESTERN DISTRICT OF TEXAS

(1) Luis Alberto Alba-Torres

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 05/14/2024 through San Diego, CA.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
ALBA-TORRES, LUIS ALBERTO has been deported 2 time(s), the last one being to MEXICO on May 14, 2024, through SAN DIEGO, CA.
ALBA-TORRES, LUIS ALBERTO was originally deported to MEXICO on June 2, 2019 through NOGALES, AZ.

CRIMINAL HISTORY:
07/26/2019, ARAPAHOE COUNTY SHERIFF'S OFFICE, DAMAGE PROPERTY CRIMINAL MISCHIEF-$1000-$5000(F), CNV, 12 00 M PROBATION REVOKED 88 00 D JAIL 88 00 D CREDIT FOR TIME SERVED.